IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| RONALD FRANCIS PFLAUMER, JR. | ) | CHAPTER 13 |
| **Debtor(s)** | ) | |
| | ) | CASE NO. 19-17113 (ELF) |
| SANTANDER CONSUMER USA INC. | ) | |
| dba CHRYSLER CAPITAL | ) | |
| **Moving Party** | ) | HEARING DATE: **11-10-20 at 9:30 AM** |
| | ) | |
| v. | ) | |
| | ) | 11 U.S.C. 362 |
| RONALD FRANCIS PFLAUMER, JR. | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |
| | ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief, and filed on or about November 24, 2020 (Doc. # 52) in the above matter is **APPROVED**.

Dated:  11/27/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**