UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Ronald Francis Pflaumer, Jr.<br>aka Ronald Pflaumer<br>Debtor | Case No.: 19-17113-elf<br><br>Chapter: 13 |
| | Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>Movant<br>v.<br><br>Ronald Francis Pflaumer, Jr.<br>aka Ronald Pflaumer<br>Kenneth E. West - Trustee<br>Respondents | Judge: Eric L. Frank |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this \_\_1st\_\_ day of \_\_December\_\_, 2022, it is hereby **ORDERED** that the Settlement Stipulation of Creditor, Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V in lieu of Certification of Default (Doc. # 61) is hereby **APPROVED.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**