**Fill in this information to identify your case:**

Debtor 1: **Ronald** (First Name) **Francis** (Middle Name) **Pflaumer, Jr.** (Last Name)

Debtor 2 (Spouse, if filing): First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known): **19-17113**

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes   Name of person _____   Attach Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _[signature]_  
Ronald Francis Pflaumer, Jr., Debtor 1

X _____  
Signature of Debtor 2

Date 12/8/2022  
MM / DD / YYYY

Date _____  
MM / DD / YYYY