UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :    Chapter 13
                                                   :
RONALD FRANCIS PFLAUMER, JR.  :
        Debtor                                     :
                                                   :
                                                   :    Bankruptcy No. 19-17113

ORDER

**AND NOW,** this _____ day of May, 2023, upon consideration of the Motion to Sell Real Property filed by debtor, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that Debtor is authorized to sell his real property located at 265 Childs Avenue ("Property"), for the sale price of $255,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of April 7, 2023, to the buyer(s) thereunder, Thomas McFalls, Julie Hayes McFalls, Matthew Hayes, and Diane Hayes ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $560.00 |
| 2. | Liens paid at closing -  (POC #9) | $150,000.00 |
| 3. | Real estate taxes, sewer, trash and/or other such items (POC#14) | $2,431.29 |
| 4. | Transfer Tax | $3,187.50 |
| 5. | Real estate commission, at no greater than 6% | $12,750.00 |
| 6. | Attorneys' fees, if any | $ 750.00 |
| 7. | Any small (less than $300) allowances agreed to be made | |

to Buyer to settle any unforeseen dispute arising at

Page 1 of 2

|  |  |  |
|---|---|---|
|  | settlement | $300.00 |
| 8. | Other | $0.00 |
| 9. | Ken West, Chapter 13 Trustee | $17,628.95 |
| 10. | Net proceeds to Debtor at settlement | $67,392.26 |

This Order is contingent upon the lien held by Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V being paid in full at closing.

This Order is contingent upon any judgments or statutory and judicial liens being paid at closing in an amount necessary to provide the purchaser with clear title. Debtor shall have sixty (60) days from entry of the Order to sell the Real Property.

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth E. West, Chapter 13 trustee, the sum of $17,628.95 to satisfy the Chapter 13 Plan with all filed allowed unsecured creditors being paid 100% of their claims. The remaining balance shall be paid to the Debtor at settlement.

The title clerk shall e-mail a completed HUD-1 or settlement sheet from the closing directly to the trustee, to settlementsheet@ph13trustee.com, immediately upon the close of the settlement, and the trustee shall promptly notify the title company of any objections to the sums to be disbursed. The title clerk shall then e-mail a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Debtor shall not be permitted to voluntarily dismiss this case; debtor may, however, convert this case to one under Chapter 7. In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing trustee shall be transferred to the appointed Chapter 7 trustee.

Creditors paid in full upon settlement shall amend or withdraw their proofs accordingly.

Upon confirmation that all claims have been paid in full, the case shall be closed.

Any funds held by Trustee at the time of the closing of the case shall be returned to the Debtor per Bankruptcy Rule 6004(h), the 14 day stay as to the effect of this Order is hereby waived.

**BY THE COURT:**

_____

J