IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          : Chapter 13
                                                :
RONALD FRANCIS PFLAUMER, JR.                    :
            Debtor                              :
                                                : Bankruptcy No. 19-17113

### ORDER

AND NOW, this      day of       , 2023, upon review of Debtor's Motion To Permit Debtor To Modify Confirmed Chapter 13 Plan and upon consideration of any response thereto, it is hereby ORDERED that said motion is GRANTED.

**Date: May 2, 2023**                    _____
                                                                        J.