IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: RONALD FRANCIS PFLAUMER, JR : CHAPTER 13
:
                 Debtor      :Bankruptcy No.:19-17113 -AMC

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Debtor hereby certify that:

1. The Notice of Motion, Response Deadline and Hearing Date as regards Debtor's Motion to Sell 265 Childs Avenue, Drexel Hill, Pennsylvania 19026 , was served upon Office of the U.S. Trustee, Chapter 13 Trustee, Kenneth E. West, Esquire, Debtor, Ronald Francis Pflaumer, Jr. , Michael Brooks, Real Estate Agent for Ronald Francis Pflaumer, all creditors and parties in interest including all lien holders on or about April 13, 2023 and

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 05/15/23

ROBERT H. HOLBER, ESQUIRE
Counsel for Debtor
41 E. Front Street
Media, PA. 19063
(610) 565-5463