UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Ronald Francis Pflaumer, Jr.<br>aka Ronald Pflaumer<br>Debtor | Case No.: 19-17113-amc<br><br>Chapter: 13 |
| | Ronald Francis Pflaumer, Jr.<br>aka Ronald Pflaumer<br>Movant<br>v.<br><br>Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>Kenneth E. West - Trustee<br>Respondents | Judge: Ashely M. Chan |

## ORDER

AND NOW, this <u>16th</u> day of <u>May</u>, 2023, it is hereby ORDERED and DECREED that the Stipulation resolving Creditor, Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V Limited Objection to Debtor's Motion to Sell Property located at 265 Childs Avenue, Drexel Hill, PA 19026, is APPROVED.

BY THE COURT:

_____
Ashely M. Chan,
Bankruptcy Judge