IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
RONALD FRANCIS PFLAUMER, JR.  :   CHAPTER 13
                                    :
            Debtor                  :   Bankruptcy No. 19-17113


PRAECIPE TO CHANGE DEBTOR'S  ADDRESS


TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Please change Debtor's address to the following:

            Ronald Francis Pflaumer, Jr.
            126 W. Ruddy Duck Circle
            Oxford, PA 19363



_____
Robert H. Holber, Esquire
Counsel for Debtor