United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17113-amc

Ronald Francis Pflaumer, Jr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4

Date Rcvd: Jul 07, 2023  Form ID: 138OBJ  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Francis Pflaumer, Jr., 126 W. Ruddy Duck Circle, Oxford, PA 19363-4209 |
| 14420637 | + | 1stProgress/1stEquity, P.O. Box 84010, Columbus, GA 31908-4010 |
| 14420640 | + | CareStat, 1305 West Chester Pike, Havertown, PA 19083-2929 |
| 14433806 | | FREEDOM MORTGAGE CORPORATION, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14434420 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558144 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14420649 | + | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 14785972 | + | Rebecca W. Geiser, Esq., Kilkenny Law, LLC, 519 Swede Street, Norristown, PA 19401-4806 |
| 14551884 | + | Santander Consumer USA, Inc., d/b/a Chrysler Capital, c/o William E. Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3124 |
| 14420654 | + | State Farm Mutual Auto Ins. Co., c/o Travis L. McElhaney, Esq., Weber Gallagher, Four PPG Place, 5th Floor, Pittsburgh, PA 15222-5423 |
| 14420657 | + | TBOM/Total Card, P.O. Box 85710, Sioux Falls, SD 57118-5710 |
| 14420659 | + | True Value, 526 Burmont Road, Drexel Hill, Pa 19026-3723 |
| 14687546 | + | Upper Darby Township, c/o James R. Wood, Esq., Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14687337 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14420660 | | Upper Darby Township, James D. Smith, 100 Garret Road, Upper Darby, PA 19082-3135 |
| 14687336 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14438973 | + | Wheel & Tire Dist, 203 E. Baltimore Pike, Clifton Heights, PA 19018-1605 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 08 2023 00:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2023 00:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14420638 | | Email/Text: info@bayareareceivables.com | Jul 08 2023 00:46:00 | Bay Area Receivables, P.O. Box 3535, Salisbury, MD 21801 |
| 14457547 | + | Email/Text: bknotices@totalcardinc.com | Jul 08 2023 00:46:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14420639 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2023 00:55:53 | Capital One, P.O. Box 105474, Atlanta, GA 30348-5474 |
| 14420641 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 08 2023 00:46:00 | Chrysler Capital, P.O. Box 961212, Fort Worth, TX 76161-0212 |
| 14452940 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2023 00:56:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

Case 19-17113-amc    Doc 97    Filed 07/09/23    Entered 07/10/23 00:31:47    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | | SD 57108-5027 |
| 14420642 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2023 00:55:20 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14452197 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 08 2023 00:46:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14558041 | ^ | MEBN | Jul 08 2023 00:42:24 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14720912 | ^ | MEBN | Jul 08 2023 00:42:30 | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services, LLC as Servicer for U.S. Bank, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14420643 | | Email/Text: data_processing@fin-rec.com | Jul 08 2023 00:46:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 14420644 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 08 2023 00:55:18 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14420645 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 08 2023 00:46:00 | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14420646 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2023 00:55:24 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 14420647 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2023 00:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14420648 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2023 00:46:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14427889 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2023 00:55:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14420650 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2023 00:55:52 | LVNV Funding, LLC, c/o Resurgent Capital Services, Greenville, SC 29602 |
| 14434643 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 08 2023 00:55:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14420651 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 08 2023 00:55:31 | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14420652 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2023 00:46:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14451837 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2023 00:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14420653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2023 00:55:34 | Portfolio Recovery Assoc, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 14443945 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2023 00:55:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14430677 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2023 00:55:21 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14449118 | | Email/Text: bnc-quantum@quantum3group.com | Jul 08 2023 00:46:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14721130 | ^ | MEBN | Jul 08 2023 00:42:29 | Rushmore Loan Management Services, LLC, c/o LAUREN MOYER, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste. 160, Garden City, NY 11530-1631 |
| 14438965 | ^ | MEBN | Jul 08 2023 00:42:29 | SNAP RTO LLC, P.O. Box 26561, Salt Lake City, UT 84126-0561 |
| 14434140 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

|  |  |  | Jul 08 2023 00:46:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
|---|---|---|---|---|
| 14551773 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 08 2023 00:46:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capit, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14420656 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2023 00:55:39 | Syncb/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 14420655 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2023 00:55:34 | Syncb/carecr, c/o P.O. Box 965036, Orlando, FL 32896-0001 |
| 14420658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2023 00:55:22 | THD/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14699434 | + | Email/Text: flyersprod.inbound@axisai.com | Jul 08 2023 00:46:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14438949 | *+ | 1stProgress/1stEquity, P.O. Box 84010, Columbus, GA 31908-4010 |
| 14438950 | *P++ | BAY AREA RECEIVABLES INC, 714 EASTERN SHORE DR, SALISBURY MD 21804-5953, address filed with court:, Bay Area Receivables, P.O. Box 3535, Salisbury, MD 21801 |
| 14438951 | *+ | Capital One, P.O. Box 105474, Atlanta, GA 30348-5474 |
| 14438952 | *+ | CareStat, 1305 West Chester Pike, Havertown, PA 19083-2929 |
| 14438953 | *+ | Chrysler Capital, P.O. Box 961212, Fort Worth, TX 76161-0212 |
| 14438954 | *+ | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14438955 | * | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 14438956 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14438957 | *+ | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14438958 | *+ | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 14438959 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14438961 | * | LVNV Funding, LLC, c/o Resurgent Capital Services, Greenville, SC 29602 |
| 14438960 | *+ | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 14438962 | *+ | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14438963 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14438964 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 14438966 | *+ | State Farm Mutual Auto Ins. Co., c/o Travis L. McElhaney, Esq., Weber Gallagher, Four PPG Place, 5th Floor, Pittsburgh, PA 15222-5423 |
| 14438968 | *+ | Syncb/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 14438967 | *+ | Syncb/carecr, c/o P.O. Box 965036, Orlando, FL 32896-0001 |
| 14438969 | *+ | TBOM/Total Card, P.O. Box 85710, Sioux Falls, SD 57118-5710 |
| 14438970 | *+ | THD/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14438971 | *+ | True Value, 526 Burmont Road, Drexel Hill, Pa 19026-3723 |
| 14438972 | * | Upper Darby Township, James D. Smith, 100 Garret Road, Upper Darby, PA 19082-3135 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2023                     Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

**Name**  **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JASON BRETT SCHWARTZ
on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V jschwartz@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com

JEROME B. BLANK
on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com brausch@pincuslaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com

LAUREN MOYER
on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank National Association lmoyer@friedmanvartolo.com

MARIO J. HANYON
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

ROBERT H. HOLBER
on behalf of Debtor Ronald Francis Pflaumer Jr. rholber@holber.com

THOMAS SONG
on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Ronald Francis Pflaumer, Jr.
      Debtor(s)

Case No: 19−17113−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/7/23